THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Herman E. Langley,       
Appellant,
 
 
 

v.

 
 
 
Keisha Bowers, Barbara Privette, Donnie Bowers and Tommie Jo Bowers,       
Respondents.
 
 
 

Appeal From Lancaster County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-294
Submitted February 20, 2003 - Filed 
 April 30, 2003 

AFFIRMED

 
 
 
Mr. Herman E. Langley, of Bennettsville; for Appellant.
Mr. Donnie Bowers, Ms. Keisha 
 Bowers, and Ms. Tommie Jo Bowers, all of Virginia Beach; Ms. Barbara Privette, 
 of Lancaster; for Respondents.
 
 
 

PER CURIAM:  Herman E. Langley appeals 
 from a decision by the circuit court judge that a deed signed by Langley was 
 not procured through fraud.  Langley frames the single issue in this case as 
 follows:  Does the Judges ruling within this case have probative value as 
 a matter of South Carolina Laws and Statutes?  We affirm [1] pursuant to Rule 220, SCACR, 
 and the following authorities:  Humbert v. State, 345 S.C. 332, 548 S.E.2d 
 862 (2001) (requiring an issue to raised to and ruled upon by the trial court 
 before the issue will be considered on appeal); Mutual Sav. & Loan Assoc. 
 v. McKenzie, 274 S.C. 630, 632-33, 266 S.E.2d 423, 425 (1980) (placing the 
 burden on the moving party to establish all nine elements of fraud); Coleman 
 v. Daniel, 261 S.C. 198, 202, 199 S.E.2d 76 (1973) (stating this court can 
 make its own findings of fact in cases of equity); Smith v. McClam, 280 
 S.C. 398, 399, 312 S.E.2d 260, 261 (Ct. App. 1984) (stating an action to set 
 aside a deed sounds in equity).
AFFIRMED.
HEARN, C.J., CURETON and GOOLSBY, 
 JJ., concur.

 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215,SCACR.